JPME

FILED

08 JAN 29 AM 9:03

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jose Alfredo DIAZ-Delgado** Defendant. | Magistrate Case No. '08 MJ 0259 |
| | COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **October 15, 2003**, within the Southern District of California, defendant, **Jose Alfredo DIAZ-Delgado**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Gregory M. Harrison

SIGNATURE OF COMPLAINANT
Gregory M. Harrison, Immigration & Customs Enforcement, Deportation Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **January 2008.**

Barbara L. Major

UNITED STATES MAGISTRATE JUDGE

JPME

**CONTINUATION OF COMPLAINT:**
**NAME: DIAZ-Delgado, Jose Alfredo**

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Deportation Officers review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On Wednesday, October 15, 2003, the defendant identified as Jose Alfredo DIAZ-Delgado was arrested in San Diego, California by the Narcotics Task Force for violation of Health and Safety Code 11378 "POSSESSION OF A CONTROLLED SUBSTANCE FOR SALE" and booked into San Diego County Jail. On Tuesday, December 09, 2003, a Special Agent with Immigration and Customs Enforcement determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from State custody. On Monday, January 28, 2008, at approximately 8:00 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Deportation Officer Gregory M. Harrison reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on or about March 25, 2003 and physically removed to Mexico on or about April 08, 2003 via the Calexico Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Jose Alfredo DIAZ-Delgado, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico, was ordered removed to Mexico and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Jose Alfredo DIAZ-Delgado has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.